IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.	CRIMINAL NO.  4:07cr16DPJ-LRA

JOY J. CARTER

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses all remaining counts of the Criminal Indictment against the defendant, JOY J. CARTER, without prejudice.

			DUNN LAMPTON
			United States Attorney


		By:	/s/ Gerald M. Abdalla, Jr.
			GERALD M. ABDALLA, JR.
			Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

**SO ORDERED AND ADJUDGED** this the 14th day of January, 2008.
			s/ *Daniel P. Jordan III*
			UNITED STATES DISTRICT JUDGE